James Palefrone et al., Appellants, v. Everett J. Shelton and Glenn Gage, Appellees.

Gen. No. 10,209.

opinion filed March 9, 1948; opinion slightly modified and petition for rehearing denied April 12, 1949; released for publication April 12, 1949. Alfred Roy Hulbert and Thomas E. White, for appellants; William Zwanzig and Wendell Thompson, for appellees. Opinion by JUSTICE DOVE. Not to be published in full.